UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 20-CV-01328

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 68.200.77.243, an individual,

    Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.[1]

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

---

[1] While Plaintiff does not believe that this case is related to any other copyright lawsuit filed by Plaintiff because the cases involve different copyright infringements, at different times, by different defendants, Plaintiff advises the Court that it has filed several copyright infringement lawsuits in this district and will provide the Court with a list of those other cases upon request should the Court view these cases as related.

1

Dated: June 10, 2020                    Respectfully submitted,

                                        **MAMONE VILLALON**
                                        *Counsel for Plaintiff Strike 3*
                                        *Holdings, LLC*

                                        By: /s/ *Ramsey Villalon*
                                        Ramsey Villalon
                                        Florida Bar No.: 115178
                                        Tyler A. Mamone, Esq.
                                        Florida Bar No.: 111632
                                        100 SE 2nd St., Suite 2000
                                        Miami, Florida, 33131
                                        Tel: (786) 209-2379
                                        Ramsey@mvlawpllc.com
                                        Tyler@mvlawpllc.com