# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Case No. 20-CV-01328**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 68.200.77.243, an individual,

    Defendant.

_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.[1]

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

---

[1] While Plaintiff does not believe that this case is related to any other copyright lawsuit filed by Plaintiff because the cases involve different copyright infringements, at different times, by different defendants, Plaintiff advises the Court that it has filed several copyright infringement lawsuits in this district and will provide the Court with a list of those other cases upon request should the Court view these cases as related.

1

Dated: July 16, 2020					Respectfully submitted,

**MAMONE VILLALON**
*Counsel for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Ramsey Villalon*
Ramsey Villalon
Florida Bar No.: 115178
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
100 SE 2nd St., Suite 2000
Miami, Florida, 33131
Tel: (786) 209-2379
Ramsey@mvlawpllc.com
Tyler@mvlawpllc.com