**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No. 8:20-cv-01328-VMC-CPT**

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address
68.200.77.243, an individual,

    Defendant.
_____/

**PLAINTIFF'S STATUS REPORT & MOTION FOR EXTENSION OF TIME
TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

    Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), pursuant to this Court's August 19, 2020 order, *see* ECF No. 12, and pursuant to Fed. R. Civ. P. 4(m), hereby submits this status report regarding its efforts to effectuate service of process on the John Doe defendant and makes this motion for an extension of the time to effectuate service on John Doe Defendant, and in support thereof states:

    1.    This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

    2.    On July 16, 2020, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a subpoena on Defendant's ISP in order to ascertain the Defendant's name and address. [ECF No. 10].

1

3. On July 17, 2020, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information. [ECF No. 11]. Plaintiff issued the subpoena on or about July 24, 2020 and, in accordance with the time allowances provided to both the ISP and the Defendant, expected to receive the ISP's response on or about August 17, 2020.

4. August 4, 2020, the ISP contacted Plaintiff and requested an extension until September 10, 2020 to produce the subscriber's identifying information. Based on a reasonable request by the ISP and, as a matter of courtesy, Plaintiff agreed to the short extension requested by the ISP.

5. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is required to effectuate service of process on Defendant by no later than September 8, 2020. Because the ISP is not expected to respond to Plaintiff's subpoena until September 10, 2020 and Defendant's identity is unknown to Plaintiff, Plaintiff is unable to comply with the current service deadline.

6. Plaintiff respectfully requests an extension of time to effectuate service of process on Defendant be extended sixty (60) days from September 10, 2020 (the date Plaintiff now expects to receive the ISP response), to November 9, 2020.

7. "Rule 4(m) grants discretion to the district court to extend the time for service of process . . . ." *Horenkamp v. Van Winkle And Co.*, 402 F.3d 1129, 1132 (11th Cir. 2005). And courts in this district have routinely granted such extensions in similar copyright infringement cases. *See*, *e.g.*, *Malibu Media, LLC v. Knight*, 2013 WL 12164701, at *2 (M.D. Fla. May 9, 2013), *report and recommendation adopted*, 2013 WL 12160981 (M.D. Fla. May 29, 2013) ("[G]iven Malibu Media's efforts, and the imposition by the Court of additional service requirements to

protect potentially innocent defendants in this action, I find that good cause exists for Malibu Media's delay in serving Knight with a summons and the Amended Complaint.").

8. This motion is made in good faith and not for the purpose of undue delay.

9. This is Plaintiff's first request for an extension. No party will be prejudiced by this proposed extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until November 9, 2020.

## LOCAL RULE 3.01(g) CERTIFICATION

As explained above, Defendant is known only by an IP address. Because the undersigned does not know Defendant's identity, undersigned cannot confer with Defendant in accordance with Local Rule 3.01(g) prior to filing this Motion.

Dated: August 19, 2020

Respectfully submitted,

**MAMONE VILLALON**
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Ramsey Villalon*
Ramsey Villalon, Esq.
Fla. Bar No.: 115178
Tyler A. Mamone, Esq.
Fla. Bar No.: 111632
100 SE 2nd St., Ste. 2000
Miami, FL 33131
ramsey@mvlawpllc.com
tyler@mvlawpllc.com
Office: (786) 209-2379